No. — – ——.   IN RE O'BRYAN.   Motion for leave to file peti-
tion for writ of habeas corpus denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circum-
stances cruel and unusual punishment prohibited by the Eighth

901

and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the motion and vacate the death sentence in this case.